MAYO BROWN, Appellant. v. STATE OF NEW YORK, Respondent. LYRA C. BROWN, Appellant, v. STATE OF NEW YORK, Respondent.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon JJ., concur.